**2013–0417. Watterson v. Burnard.**
Lucas App. No. L–12–1012, 2013-Ohio-316.
O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law No. II.
FRENCH, J., dissents.

**2013–0429. State ex rel. DeWine v. Helms.**
Summit App. No. 26472, 2013-Ohio-359.

**2013–0446. State v. Jenkins.**
Highland App. No. 12CA10, 2013-Ohio-595.

**2013–0450. Kuhlman v. Findlay.**
Hancock App. No. 5–12–21, 2013-Ohio-645.
O'NEILL, J., dissents.

**2013–0479. State v. Clark.**
Clark App. No. 2012 CA 16, 2013-Ohio-299.
LANZINGER, J., dissents.

**2013–0491. Citimortgage, Inc. v. Byrd.**
Franklin App. No. 12AP–973.

**2013–0499. State v. Jackson.**
Summit App. No. 26509, 2013-Ohio-783.
PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating.

# RECONSIDERATION OF PRIOR DECISIONS

**2012–2173. King v. King.**
Medina App. Nos. 11CA0006–M, 11CA0023–M, and 11CA0069–M, 2012-Ohio-5219. Reported at 134 Ohio St.3d 1507, 2013-Ohio-1123, 984 N.E.2d 1101. On motion for reconsideration of Christopher D. King. Motion denied. On motions to dismiss of Elizabeth A. King and Christopher D. King. Motions denied as moot.

**2012–2188. Bank One Trust Co., N.A. v. Scherer.**
Franklin App. No. 11AP–1140, 2012-Ohio-5302. Reported at 134 Ohio St.3d 1508, 2013-Ohio-1123, 984 N.E.2d 1102. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**2013–0021. Hayward v. Summa Health Sys.**
Summit App. No. 25938, 2012-Ohio-5396. Reported at 134 Ohio St.3d 1507, 2013-Ohio-1123, 984 N.E.2d 1101. On motion for reconsideration of Proposition of Law No. II. Motion denied.
O'NEILL, J., dissents.

**2013–0030. Litchfield Twp. Bd. of Trustees v. Nimer.**
Medina App. No. 11CA0037–M, 2012-Ohio-5431. Reported at 134 Ohio St.3d 1508, 2013-Ohio-1123, 984 N.E.2d 1102. On motion for reconsideration. Motion denied.

**2013–0057. State v. Gilbert.**
Franklin App. No. 12AP–142, 2012-Ohio-5521. Reported at 134 Ohio St.3d 1508, 2013-Ohio-1123, 984 N.E.2d 1102. On motion for reconsideration. Motion denied.
O'NEILL, J., dissents.

**2013–0082. State ex rel. Jackson v. Bunting.**
In Mandamus. Reported at 134 Ohio St.3d 1505, 2013-Ohio-1123, 984 N.E.2d 1100. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.

**2013–0090. State ex rel. Evans v. Marshall.**
In Mandamus and Procedendo. Reported at 134 Ohio St.3d 1505, 2013-Ohio-1123, 984 N.E.2d 1100. On